UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
                           SOUTHERN DIVISION

TP, INC.,                          )
                                   )
              Appellant,            )
                                   )
v.                                 )        **JUDGMENT**
                                   )        No. 7:15-CV-79-D
                                   )
WALTON ENGINEERING,                )
                                   )
              Appellee.             )


**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court dismisses the appeal for appellant's failure to comply with this court's order of December 2, 2015. The clerk shall close the case.

**This Judgment Filed and Entered on December 29, 2015, and Copies To:**

| | |
|---|---|
| Ronald Bryant, Officer | (via US Mail to: 220 Sunrise Ridge, Vilas, NC 28692) |
| Walton Engineering | (via US Mail to: Mark Walton, PO Box 895, Burgaw, NC 28425) |
| Algernon L. Butler, III | (via CM/ECF electronic notification) |
| Hunter E. Fritz | (via CM/ECF electronic notification) |


DATE                               **JULIE RICHARDS JOHNSTON, CLERK**

December 29, 2015                  By:    /s/ Crystal Jenkins
                                          Deputy Clerk